THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Trico D.
 Thompson, Appellant.
 
 
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2009-UP-525   
 Submitted November 2, 2009  Filed
November 19, 2009

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Attorney Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Donald J. Zelenka, all  of Columbia; and Solicitor John Gregory Hembree, of Conway,
 for Respondent.
 
 
 

PER CURIAM: Trico
 D. Thompson appeals his convictions for murder and possession of a firearm
 during the commission of a violent crime.  On appeal, Thompson argues the trial
 court erred in allowing the pathologist to demonstrate how the victim may have
 been shot.  After a thorough review of
 the record and counsel's brief, pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.